# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | 16-1539; Margaret A. Lucas, et al. v. United States |
|---|---|
| **Originating No. & Caption** | 14-cv-02032-DKC; Margaret A. Lucas, et al. v. United States |
| **Originating Court/Agency** | United States District Court - District of Maryland |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. §1291 |
| Time allowed for filing in Court of Appeals | 30 days |
| Date of entry of order or judgment appealed | 4/13/2016 |
| Date notice of appeal or petition for review filed | 5/5/2016 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | 4/27/2016 |
| Date order entered disposing of any post-judgment motion | 5/10/2016 |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/27/2015
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | Raplee v. U.S., Civ. No. 14-1217 | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

On June 24, 2014, Plaintiffs filed a complaint in the district court against the United States (ECF No. 1) stating that, on or about February 23, 2010, Plaintiffs filed a claim with the Navy in connection with medical care and treatment rendered from November 2003 through August 11, 2009. On November 7, 2013, the Navy issued a formal denial of the FTCA claim, which was received by Plaintiffs on November 13, 2013. Plaintiffs filed a mandatory claim with the Health Care Alternative Dispute Resolution Office of the State of Maryland ("HCADRO") on November 21, 2013. The Order of Transfer was issued by HCADRO on May 20, 2014. The complaint was filed in the District Court June 24, 2014.

The United States argued that the complaint should be dismissed because it was not filed within six months of the Navy's denial of the administrative claim. Plaintiffs responded that the filing in the HCADRO was a timely commencement of their action and, if it was not, there are grounds for equitable tolling of the six-week period by which their filing in this court was late. District Court agreed with the United States and dismissed the case on April 13, 2016. This timely appeal followed.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) ||
|---|---|
| 1. Whether a mandatory filing in a state agency (HCADRO) "begins an action" or within the meaning of the FTCA?<br><br>2. Whether the time it took to receive a decision from a state agency, which was a prerequisite to filing a complaint in the Distric Court, tolls the statute of limitations, equitably or otherwise, so as to make the subsequent and otherwise timely filing within the FTCA's statute of limitations? ||
| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
| Adverse Party: United States of America<br><br>Attorney: Molissa H. Farber<br>Address: U.S. Attorney's Office<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201<br><br>E-mail: molissa.farber@usdoj.gov<br><br>Phone: (410) 209-4800 | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Margaret A. Lucas, et al.<br><br>Attorney: Patrick M. Regan<br>Address: Regan Zambri & Long<br>1919 M. Street, N.W., Suite 350<br>Washington, DC 20036<br><br>E-mail: pregan@reganfirm.com<br><br>Phone: (202) 463-3030 | Name: Margaret A. Lucas, et al.<br><br>Attorney: Robert S. Peck<br>Address: Center for Constitutional Litigation, P.C.<br>777 6th Street, N.W., Suite 250<br>Washington, DC 20001<br><br>E-mail: robert.peck@cclfirm.com<br><br>Phone: (202) 944-2874 |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/Robert S. Peck          **Date:** 5/24/2016

**Counsel for:** Plaintiffs-Appellants

**Certificate of Service**: I certify that on ___5/24/2016___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Molissa H. Farber<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201 | |

Signature: /s/Robert S. Peck          Date: 5/24/2016