# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style  Margaret A. Lucas, et al. v. United States
Dist. Ct. No. 14-cv-02032-DKC          District Maryland
Date Notice of Appeal filed      05/05/16       Court of Appeals No. 16-1539
Name of Court Reporter/Electronic Rec. (use separate form for each reporter)
Address of Reporter

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals. The completed order form must show that necessary financial arrangements have been made. In CJA cases, either the CJA 24 fillable PDF form or a printed copy of the AUTH-24 request submitted in the district court eVoucher system must be attached to the transcript order forms submitted to the court reporter, district court, and court of appeals. In addition, counsel must comply with any instructions issued by the district court regarding submission of an AUTH-24 request in the district court eVoucher system.

In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | No transcripts necessary. |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☐ Sentencing | |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

**TOTAL ESTIMATED PAGES** _____

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.
  ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
  ☐ CJA (district court not on eVoucher). Original CJA 24 form submitted to district court and a copy is attached.
  ☐ CJA (district court on eVoucher). CJA 24 form or AUTH-24 request attached; district court eVoucher instructions followed.
  ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
  ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
  ☐ Federal Public Defender - no CJA 24 Form necessary.
  ☐ United States appeal - copy of litigation expense form attached, if applicable.

C. Transcript is requested in  ☐ paper format     ☐ electronic format

Signature  /s/Robert S. Peck                          Typed Name  Robert S. Peck
Address   777 6th Street, N.W., Suite 250, Washington, DC 20001
Email  robert.peck@cclfirm.com                       Telephone No. (202) 944-2874
Date Sent to Reporter

03/17/2016 CAD